■ JOHN NEU, Respondent, v. TEEN TIME, INC., Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ EDNA SABLE, Respondent, v. MARION WALKER, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ.; Pette, J., not voting.

■ S. W. S. ASSOCIATES, INC., Respondent, v. WILLIAM KRAUSS et al., Appellants.— Motion to dismiss appeal from an order denying a motion to dismiss the complaint, on the ground that appellants have waived and abandoned the appeal by the simultaneous service of the notice of appeal and the answer. Motion denied, without costs. (*Weeks* v. *Weeks,* 265 App. Div. 942.) Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ MILTON J. BEICKERT, Respondent, v. WESTCHESTER RACING ASSOCIATION, Appellant.— In an action to recover damages for personal injuries, the appeal is from a judgment, entered on a jury's verdict, in favor of respondent. Respondent was injured as a result of stepping on a loose stone along a way by which race track patrons, including respondent, could reach an exit. The stone was oval, about two inches thick and four inches long, and lay in grass about four to five inches high. Judgment reversed, and a new trial granted, with costs to abide the event. The proof adduced as to notice, either actual or constructive, was inadequate (cf. *Handy* v. *Hadley-Luzerne Union Free School Dist. No. 1,* 277 N. Y. 685; *Acorn* v. *State of New York,* 286 App. Div. 940; *Hogan* v. *State of New York,* 2 Misc 2d 174, affd. 4 A D 2d 851). Under the circumstances here it is our opinion that in the interest of justice there should be a new trial. Nolan, P. J., Ughetta, Kleinfeld and Christ, JJ., concur; Brennan, J., dissents and votes to affirm the judgment, with the following memorandum: There was no exception to the charge, which left the question of constructive notice for the jury's determination. The area in question was under the control of the appellant, and the question of constructive notice was for the jury.

■ HERMAN CHANLER, Appellant, v. ALBERT LYONS et al., Respondents.— In an action to recover damages for malpractice, the appeal is from an order denying appellant's motion to change the place of trial from Queens County to New York County. Order affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOHN J. GLYNN, Respondent, v. EDWARD H. BENENSON et al., Appellants.— In an action by a licensed real estate broker to recover commissions on the sale and leasing of real property, and for other relief, the appeal is from an order which denied appellants' motion for summary judgment dismissing the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.